1  **LAW OFFICE OF STEWART KATZ**
2  STEWART KATZ, State Bar #127425
   GUY DANILOWITZ, State Bar # 257733
3  555 University Avenue, Suite 270
   Sacramento, California 95825
4  Telephone: (916) 444-5678

5
   Attorneys for Plaintiff
6  Drake S. Jones

7                   **UNITED STATES DISTRICT COURT**

8                   **EASTERN DISTRICT OF CALIFORNIA**

9

10 DRAKE S. JONES,                              NO. 2:09-CV-01025-WBS-DAD

11          Plaintiff,

12     vs.                                       **APPLICATION AND [PROPOSED]
                                                 ORDER TO MODIFY PRETRIAL
13                                               SCHEDULING ORDER**
   COUNTY OF SACRAMENTO; JOHN
14 MCGINNESS, individually and in his official
   capacity as Sheriff of the Sacramento County
15 Sheriff's Department; Sacramento County Main
   Jail Commander ERIC MANESS; Sacramento
16 County Sheriff's Department Chief of
   Correctional and Court Services JAMIE
17 LEWIS; Sacramento Sheriff's Department
   Deputy CHRIS CONRAD (Badge #1202); and
18 DOES 1 to 20,
19
20          Defendants.
21 _____/

22

23 COME NOW THE PARTIES by and through their respective attorneys and subject to the
24 approval of this Court, hereby agree to and respectfully request the proposed modifications
25 and/or amendments to the expert disclosure dates described below. These proposed
26 modifications would not affect any other deadlines in this case. The cut-off date for all
27 discovery would remain April 2, 2010. Accordingly there would be no change as to the cut-
28 off dates set for dispositive motions and the trial. The parties contend there is good cause

1  for this request because the parties have been unable to contact expert witnesses employed
2  in academia over the holiday season and there has been some delay in the exchange of
3  information required for experts to form their opinions.
4      The proposed modifications are as follows:
5      • That the expert witness disclosure cut-off date set for January 15, 2010, be
6  moved to February 15, 2010.
7      • That the rebuttal expert witness discovery cut-off date set for February 19,
8  2010, be moved to March 1, 2010.

10  Dated: January 4, 2010          /s/Stewart Katz
                                                  STEWART KATZ
11                                                    Attorney for Plaintiff

12  Dated: January 4, 2010          /s/Jeri L. Pappone
13                                                    JERI L. PAPPONE
                                                  Attorney for Defendants

16  **IT IS SO ORDERED:**

18  Dated: January 4, 2010

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE