IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DRAKE JONES,

    Plaintiff,                         No. CIV S-09-1025 WBS DAD

    v.

COUNTY OF SACRAMENTO, ET AL.

    Defendant.                     <u>ORDER</u>

/

        This case came before the court on January 22, 2010, for hearing on plaintiff's December 31, 2009 motion to compel production of documents (Doc. No. 21). Stewart Katz, Esq. appeared for plaintiff. Jeri Pappone, Esq. appeared for defendant. For the reasons stated on the record at the hearing, plaintiff's motion to compel was granted. Defendant was ordered to produce the requested documents no later than ten days after the hearing date. Plaintiff's request for the imposition of sanctions was denied.

        IT IS ORDERED.

DATED: January 28, 2010.

                                        DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/jones1025.oah..mtc.012210