John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
**Longyear, O'Dea and Lavra, LLP**
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA 95825
(916) 444-5678

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT EASTERN DISTRICT
OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| DRAKE S. JONES </br></br> Plaintiff </br></br> v. </br></br> COUNTY OF SACRAMENTO, et al, </br></br> Defendants. | CASE NO.　2:09-CV-01025-WBS-DAD </br></br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

　　　　COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby agree and stipulate to and respectfully request that the proposed modifications and/or amendments to the expert disclosure dates described below be ordered.

　　　　The requested modification to the expert disclosure dates do not modify any other deadlines in this case. The parties anticipate completing all non-expert discovery on or before the current April 2, 2010 date. However, as Plaintiff's deposition has had to be postponed, and because of the expectation of the parties that an IME will need to be obtained and an expert report prepared therefrom prior to the disclosure date, the parties request that the current expert disclosure dates be modified as follows:

　　　　-　　　　That the expert witness disclosure cut-off date currently set for February 15,

1010, be moved to March 15, 2010; and

- That the rebuttal expert witness disclosure cut-off date currently set for March 1, 2010, be moved to April 1, 2010.

This stipulation is made with the agreement that the currently set pretrial conference date of August 9, 2010, and the trial date of October 13, 2010, remain unchanged.

**IT IS SO STIPULATED**

Dated: February 10, 2010          LONGYEAR, O'DEA AND LAVRA, LLP

                                  */s/ Jeri L. Pappone*
                              By: _____
                                  John A. Lavra
                                  Jeri L. Pappone
                                  Amanda L. Butts
                                  Attorneys for Defendants

Dated: February 10, 2010          LAW OFFICE OF STEWART KATZ

                                  */s/ Stewart Katz*
                              By_____
                                  Stewart Katz
                                  Guy Danilowitz
                                  Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated: February 11, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE