1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, SBN 127425
2  GUY DANILOWITZ, SBN 257733
3  555 University Avenue, Suite 270
   Sacramento, California 95825
4  Telephone: (916) 444-5678

5
   Attorneys for Plaintiff
6  Drake S. Jones

7  **Longyear, O'Dea and Lavra, LLP**
   John A. Lavra, SBN 114533
8  Jeri L. Pappone, SBN 210104
9  Amanda L. Butts, SBN 253651
   3620 American River Drive, Suite 230
10 Sacramento, Ca. 95864
   Telephone: (916) 974-8500
11 Facsimile: (916) 974-8510

12
   Attorneys for Defendants
13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **EASTERN DISTRICT OF CALIFORNIA**
16

17
   DRAKE S. JONES,                          NO. 2:09-CV-01025-WBS-DAD
18
                 Plaintiff,
19
          vs.                               **APPLICATION AND [~~PROPOSED~~]**
20                                          **ORDER TO MODIFY PRETRIAL**
                                            **SCHEDULING ORDER**
   COUNTY OF SACRAMENTO et al.,
21
22               Defendants.
   _____/
23

24

25         COME NOW THE PARTIES by and through their respective counsel and subject to

26 the approval of this Court, hereby agree and stipulate to and respectfully request that the

27 proposed modifications and/or amendments to the expert disclosure dates described below

28 be ordered.

1    The requested modification to the expert disclosure date does not modify any other

2  deadlines in this case. The parties anticipate completing all non-expert discovery on or

3  before the current April 2, 2010 date. However, because plaintiff's expert needs to inspect

4  parts of the Sacramento County Main Jail and because March 16, 2010 is the earliest that

5  defendants are able to make the jail available for inspection, the parties request that the

6  current expert witness disclosure cut-off date currently set for March 15, 2010 be moved to

7  March 18, 2010.

8  This stipulation is made with the agreement that the currently set rebuttal expert witness

9  discovery cut-off date set for April 1, 2010, the pretrial conference date of August 9, 2010,

10  and the trial date of October 13, 2010, remain unchanged.

11

12  **IT IS SO STIPULATED**

13  Dated: March 11, 2010                          LONGYEAR, O'DEA AND LAVRA, LLP

14                                                          By:    */s/ Jeri L. Pappone*_____
15                                                                  John A. Lavra
                                                                    Jeri L. Pappone
16                                                                  Amanda L. Butts

17                                                                  Attorneys for Defendants

18

19  Dated: March 11, 2010                          LAW OFFICE OF STEWART KATZ

20                                                          By      */s/Stewart Katz*_____
21                                                                  Stewart Katz
                                                                    Guy Danilowitz

22                                                                  Attorneys for Plaintiff

23

24        **IT IS SO ORDERED:**
25  Dated:  March 12, 2010

26

27        WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE
28