IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DRAKE JONES,

    Plaintiff,                        No. CIV S-09-1025 WBS DAD

    v.

COUNTY OF SACRAMENTO, ET AL.

    Defendant.                   ORDER

        This case came before the court on March 26, 2010, for hearing on plaintiff's February 26, 2010 motions to compel further deposition testimony (Doc. Nos. 47, 48 and 49). Stewart Katz, Esq. appeared for plaintiff. John A. Lavra, Esq. appeared for defendant.

        For the reasons stated on the record at the hearing, plaintiff's motions to compel (Doc. Nos. 47, 48 and 49) were granted in part. The depositions in question were ordered reopened for the limited purpose of obtaining the deponents' responses to the questions as framed and limited by the court on the record. With respect to discovery of the personal net worth of the individual defendants as it relates to the potential of a punitive damages award, an agreement was reached on the record as to how to preserve such information pursuant to the

/////

/////

1

1 terms of the protective order in this case should there remain the potential for a punitive damages
2 award after all law and motion in the case has been resolved by the assigned district judge.
3       IT IS ORDERED.
4 DATED: April 1, 2010.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/jones1025.oah.mtc.032610