1  **LAW OFFICE OF STEWART KATZ**
2  STEWART KATZ, SBN 127425
   GUY DANILOWITZ, SBN 257733
3  555 University Avenue, Suite 270
   Sacramento, California 95825
4  Telephone: (916) 444-5678
5
   Attorneys for Plaintiff
6  Drake S. Jones

7  **Longyear, O'Dea and Lavra, LLP**
   John A. Lavra, SBN 114533
8  Jeri L. Pappone, SBN 210104
9  Amanda L. Butts, SBN 253651
   3620 American River Drive, Suite 230
10 Sacramento, Ca. 95864
   Telephone: (916) 974-8500
11 Facsimile: (916) 974-8510
12
   Attorneys for Defendants
13

14
                **UNITED STATES DISTRICT COURT**
15
                **EASTERN DISTRICT OF CALIFORNIA**
16

17
   DRAKE S. JONES,
18                                              NO. 2:09-CV-01025-WBS-DAD
          Plaintiff,
19
       vs.                                      **APPLICATION AND [PROPOSED]**
20                                              **ORDER TO MODIFY PRETRIAL**
   COUNTY OF SACRAMENTO et al.,                 **SCHEDULING ORDER**
21
          Defendants.
22
   _____/
23

24
          COME NOW THE PARTIES by and through their respective counsel and subject to
25
   the approval of this Court, hereby agree and stipulate to and respectfully request that the
26
   proposed modification and/or amendment to the final pretrial conference date described
27
   below be ordered.
28


APPLICATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER          1

Because plaintiff's counsel's father-in-law was recently hospitalized, the parties request that the current final pretrial conference currently set for August 9, 2010 be moved to August 23, 2010 at 2:00 p.m. in courtroom 5.  This stipulation is made with the agreement that the currently set trial date of October 13, 2010, remain unchanged.

**IT IS SO STIPULATED**

Dated: July 23, 2010                LONGYEAR, O'DEA AND LAVRA, LLP

                                             By:     */s/ John A. Lavra*_____
                                                          John A. Lavra
                                                          Jeri L. Pappone
                                                          Amanda L. Butts

                                                          Attorneys for Defendants

Dated: July 23, 2010                LAW OFFICE OF STEWART KATZ

                                             By      */s/ Guy Danilowitz*_____
                                                          Stewart Katz
                                                          Guy Danilowitz

                                                          Attorneys for Plaintiff

**IT IS SO ORDERED:**

                                             Dated:  July 23, 2010

                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE