1 **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
2 GUY DANILOWITZ, SBN 257733
3 555 University Avenue, Suite 270
Sacramento, California 95825
4 Telephone: (916) 444-5678

5
Attorneys for Plaintiff
6 Drake S. Jones

7 **Longyear, O'Dea and Lavra, LLP**
John A. Lavra, SBN 114533
8 Jeri L. Pappone, SBN 210104
9 Amanda L. Butts, SBN 253651
3620 American River Drive, Suite 230
10 Sacramento, Ca. 95864
11 Telephone: (916) 974-8500
Facsimile: (916) 974-8510
12
Attorneys for Defendants
13

14
### UNITED STATES DISTRICT COURT
15
### EASTERN DISTRICT OF CALIFORNIA
16

17
| | |
|---|---|
| DRAKE S. JONES, | NO. 2:09-CV-01025-WBS-DAD |
| Plaintiff, | |
| vs. | **APPLICATION AND [~~PROPOSED~~] ORDER TO MODIFY FINAL PRETRIAL ORDER** |
| COUNTY OF SACRAMENTO et al., | |
| Defendants. | |
| _____/ | |

   COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby agree and stipulate to and respectfully request that the proposed modifications and/or amendments to the Final Pretrial Order described below be ordered.

APPLICATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER      1

1        The parties jointly request the Court make the modifications described below
2   because plaintiff's counsel has been involved in a criminal jury trial for the past three weeks
3   and does not anticipate that being completed until sometime next week.  The parties
4   understand that the court has started a lengthy criminal trial which will necessitate the trial
5   date in this matter being moved.  Additionally, in view of this, the parties don't believe this
6   will cause any inconvenience to the Court. The parties are exploring the possibility of
7   stipulating to having the matter tried before a Magistrate in order to get the matter to trial
8   quicker and relieve court congestion.
9        The parties' requested modifications are as follows:
10       • That plaintiff's advisement to the court regarding whether he intends to
11  dismiss any additional claims, currently ordered to be completed by September 24, 2010, be
12  completed by October 1, 2010;
13       • That the statements designating all answers to interrogatories and all portions
14  of depositions intended to be offered or read into evidence, currently ordered to be filed by
15  September 23, 2010, be filed by September 30, 2010;
16       • That any counter-designation of other portions of the same depositions
17  intended to be offered or read into evidence and any evidentiary objections to any other
18  parties' designation, currently ordered to be filed by October 1, 2010, be filed by October 8,
19  2010;
20       • That any evidentiary objections to any other party's counter-designation,
21  currently ordered to be filed by October 6, 2010,  be filed by October 13, 2010;
22       • That copies of all jury instructions that plaintiff requests be given on
23  plaintiffs' claims, currently ordered to be lodged and served by September 28, 2010, be
24  lodged and served by October 5, 2010;
25       • That plaintiff's proposed form of verdict currently ordered to be filed and
26  served by September 28, 2010, be filed and served by October 5, 2010;
27       • That defendants' objections to plaintiff's proposed jury instructions, currently
28  ordered filed and served by October 1, 2010, be filed and served by October 8, 2010;

APPLICATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER        2

1      •      That any jury instructions not already proposed by plaintiff which defendant
2 requests be given, currently ordered to be lodged and served by October 1, 2010, be lodged
3 and served by October 8, 2010;

4      •      That defendants' proposed form of verdict and objections to plaintiff's
5 proposed form of verdict, currently ordered to be filed and served by October 1, 2010, be
6 filed and served by October 8, 2010;

7      •      That plaintiff's objections to defendants' proposed instructions and proposed
8 form of verdict, currently ordered to be filed and served by October 6, 2010, be filed and
9 served by October 13, 2010;

10      •      That all proposed jury voir dire questions, currently ordered to be submitted
11 by September 29, 2010, be submitted by October 6, 2010;

12      •      That trial briefs, including any motions in limine, currently ordered filed by
13 September 29, 2010, be filed by October 6, 2010;

14      •      That any oppositions to motions in limine, currently ordered filed by October
15 6, 2010, be filed by October 13, 2010;

16      •      That an exchange of exhibits, currently ordered to be completed by October
17 6, 2010, be completed by October 13, 2010; and

18      •      That any objections to exhibits, currently ordered filed and served by October
19 8, 2010, be filed and served by October 15, 2010.

20

21 **IT IS SO STIPULATED**

22 Dated: September 23, 2010          LONGYEAR, O'DEA AND LAVRA, LLP

23                                          By:     */s/ John A. Lavra*_____
24                                                  John A. Lavra
                                                 Jeri L. Pappone
25                                                  Amanda L. Butts

26                                                  Attorneys for Defendants

27

28

1  Dated: September 23, 2010                    LAW OFFICE OF STEWART KATZ

2                                                              By      /s/ Stewart Katz
                                                                       Stewart Katz
3                                                                      Guy Danilowitz

4                                                              Attorneys for Plaintiff

5

6       **IT IS SO ORDERED:**

7

8  Dated:  September 23, 2010

9                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
10