1  John A. Lavra, SBN 114533
   Jeri L. Pappone, SBN 210104
2  Amanda L. Butts, SBN 253651
   Longyear, O'Dea and Lavra, LLP
3  3620 American River Drive, Suite 230
   Sacramento, Ca. 95864
4  Telephone: (916) 974-8500
   Facsimile: (916) 974-8510
5
   Attorneys for Defendants
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | DRAKE S. JONES,                                    ) Case No. 2:09-CV-01025-WBS-DAD
                                                        )
12 |     Plaintiff,                                     )
                                                        )
13 | v.                                                 ) **STIPULATION AND ORDER
                                                        ) SETTING TELEPHONIC
                                                        ) STATUS/SCHEDULING
14 | COUNTY OF SACRAMENTO; Sacramento                   ) CONFERENCE**
     Sheriff's Department Sergeant DANIEL               )
15 | MORRISSEY (Badge #182), Sacramento                 )
     Sheriff's Department Deputy JUSTIN                 )
16 | CHAUSSEE (Badge #276);   Sacramento                )
     Sheriff's Department Deputy KEN BECKER             )
17 | (Badge #931); Sacramento Sheriff's Department      )
     Deputy CHRISTOPHER MROZINSKI (Badge                )
18 | #945); Sacramento Sheriff's Department Deputy      )
     CHRIS CONRAD (Badge # 1202),                       )
19 |                                                    )
        Defendants.                                     )
20 | _____        )

21
        Based upon the assignment of the above-entitled matter to the Honorable Magistrate
22
   Judge Dale A. Drozd for trial in this matter, all parties herein, by and through their respective
23
   counsel of record, hereby agree and stipulate that this matter bet set for a status/scheduling
24
   conference in order to select a mutually convenient date to begin trial.
25
        Based upon the stipulation of the parties, request is hereby made that the Court set this
26
   matter for a telephonic status/scheduling conference on October 6, 2010, at 10:00 a.m.
27
   //
28

**STIPULATION AND [PROPOSED] ORDER REQUESTING A TELEPHONIC STATUS/SCHEDULING CONFERENCE**

PAGE: 1

1   IT IS SO STIPULATED.

2   Dated: September 28, 2010          LONGYEAR, O'DEA AND LAVRA, LLP

3
                                      By:    /s/ John L. Lavra
4                                            JOHN A. LAVRA
                                             JERI L. PAPPONE
5                                            AMANDA L. BUTTS
                                             Attorneys for Defendants
6

7   Dated: September 28, 2010          LAW OFFICES OF STEWART KATZ

8
                                      By:    /s/ Stewart Katz
9                                            Stewart Katz
                                             Attorney for Plaintiff
10

11
                                      **ORDER**
12
    Based upon the stipulation and request of the parties, a telephonic scheduling conference
13
    shall be held on October 6, 2010, at 10:00 a.m. for the purpose of setting a date for trial of this
14
    case before the undersigned. Each attorney is to provide Courtroom Deputy Pete Buzo with a
15
    land line telephone number to be used for purposes of holding the conference call.
16
    IT IS SO ORDERED.
17
    DATED: September 29, 2010.
18

19
                                      _____
20                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
21

22  Ddad1\orders.civil\jones1025.stipord.trial.schedconf