John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, COUNTY OF SACRAMENTO; JOHN MCGINNESS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento Sheriff's Department Deputy CHRIS CONRAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DRAKE S. JONES,<br><br>    Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO; JOHN MCGINNESS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento Sheriff's Department Deputy CHRIS CONRAD (Badge # 1202); and DOES 1- to 20,<br><br>    Defendants. | CASE NO. 2:09-CV-01025-WBS-DAD<br><br>**STIPULATION AND ORDER TO REASSIGN CASE TO MAGISTRATE JUDGE FOR TRIAL** |

The parties herein, by and through their respective counsel, hereby agree and stipulate to reassign this case to the assigned Magistrate Judge as follows:

WHEREAS, this matter was originally scheduled for trial on October 13, 2010; and

WHEREAS, at the final pre-trial conference on August 23, 2010, this Court indicated that the trial date was not confirmed due to a criminal case that was set for trial over an extended period of time which could affect the trial date in this case; and

WHEREAS, at the final pre-trial conference, the Court informed the parties that, if agreed to by all parties, the Court would reassign this case for trial to the Magistrate Judge; and

1  WHEREAS, Magistrate Judge Dale A. Drozd has secure dates available for trial of this
2  matter in the near future.
3  NOW THEREFORE, the parties, by and through their attorneys of record, hereby
4  stipulate that this case be reassigned to Magistrate Judge Dale A. Drozd for jury trial.

5

6  IT IS SO STIPULATED.

7
Dated: September 24, 2010          LONGYEAR, O'DEA AND LAVRA, LLP
8

9                                   By:    /s/ John L. Lavra
                                            JOHN A. LAVRA
10                                          JERI L. PAPPONE
                                            AMANDA L. BUTTS
11                                          Attorneys for Defendants

12
Dated: September 24, 2010          LAW OFFICES OF STEWART KATZ
13

14                                   By:    /s/ Stewart Katz
                                            Stewart Katz
15                                          Attorney for Plaintiff

16

17

18                                  ORDER

19  Based upon the stipulation of the parties, this matter is reassigned to Magistrate Judge
20  Dale A. Drozd for jury trial.

21

22  IT IS SO ORDERED

23  Dated:   September 24, 2010

24                          [signature]
                            WILLIAM B. SHUBB
25                          UNITED STATES DISTRICT JUDGE

26  /////

27  /////

28  /////

1  DATED: September 29, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  Ddad1\orders.civil\jones1025.stipord.reassign.trial