1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12   DRAKE S. JONES,                  No. CIV-S-09-1025 WBS DAD

13          Plaintiff,

14      v.
                                      **ORDER OF REASSIGNMENT**
15   COUNTY OF SACRAMENTO, et al.,

16
            Defendant.
17   _____/

18      Each of the parties in the above-captioned case has filed a

19   "Consent to Proceed Before a United States Magistrate Judge."

20   See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the

21   district court judge assigned to the case and the magistrate

22   judge must approve the reference to the magistrate judge.

23      The undersigned has reviewed the file herein and recommends

24   that the above-captioned case be assigned and referred to the

25   magistrate judge for all further proceedings and entry of final

26   judgment.

27   ///

28   ///

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Dale A. Drozd.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number CIV-S-09-1025 DAD.  All currently scheduled dates presently set before Judge Shubb are hereby VACATED.


DATED:  October 25, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE




    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: October 26, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1\orders.consent\jones1025.consent