

**FILED**

MAR 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Drake S. Jones, )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>)<br>v. )<br>)<br>County of Sacramento, et al., )<br>)<br>Defendant(s). )<br>)<br>_____ ) | 2:09-cv-1025-DAD |

**\*\*VERDICT\*\***

## VERDICT FORM

**Question No. 1 - Claims of Excessive Force in Violation of the Fourth Amendment Against the Defendant Deputies**

    A. Do you find by a preponderance of the evidence that any one or more of the defendant deputies violated the Fourth Amendment by using excessive force in restraining plaintiff Drake Jones and taking him to the floor of the sobering cell of the jail?

| Defendant | Yes | No |
|---|---|---|
| Defendant Morrissey | | ✓ |
| Defendant Chaussee | | ✓ |
| Defendant Becker | | ✓ |
| Defendant Mrozinski | | ✓ |
| Defendant Conrad | | ✓ |

    B. Do you find by a preponderance of the evidence that any one or more of the defendant deputies violated the Fourth Amendment by using excessive force in placing plaintiff Drake Jones in the safety cell under the circumstances as you find them to have been?

| Defendant | Yes | No |
|---|---|---|
| Defendant Morrissey | ✓ | |
| Defendant Chaussee | ✓ | |
| Defendant Becker | ✓ | |
| Defendant Mrozinski | ✓ | |
| Defendant Conrad | ✓ | |

If you have answered question no. 1, "No" as to every defendant in response to those questions, sign and return the verdict. If you have answered question no. 1, "Yes" as to any defendant, proceed to question nos. 2, 3 and 4.

1

**Question No. 2 - Claim for Supervisory Liability in Violation of the Fourth Amendment**

Do you find by a preponderance of the evidence that defendant Morrissey violated the Fourth Amendment by failing to supervise defendant deputies Chaussee, Becker, Mrozinski and/or Conrad ?

Yes ✓          No _____

**Question No. 3 - Damages**

What amount, if any, do you award for damages for plaintiff Drake Jones?

| Defendant | Amount |
|---|---|
| Defendant Morrissey | $ 8000.00 |
| Defendant Chaussee | $ ~~7500~~ // 7,000.00 |
| Defendant Becker | $ 7000.00 |
| Defendant Mrozinski | $ ~~7000~~ // 1,500.00 |
| Defendant Conrad | $ ~~1500~~ // 7,500.00 |

**Question No. 4 - Malicious, Oppressive, or Reckless Conduct**

For each defendant officer, if any, whom you have found violated plaintiff Drake Jones' rights in questions 1 and 2 above, do you find by a preponderance of the evidence that the conduct of such defendant officer was malicious, oppressive, or in reckless disregard of plaintiff Jones' rights?

| Defendant | Yes | No |
|---|---|---|
| Defendant Morrissey | ✓ | |
| Defendant Chaussee | ✓ | |
| Defendant Becker | ✓ | |
| Defendant Mrozinski | ✓ | |
| Defendant Conrad | ✓ | |

2

If you have answered questions 1-3 and have answered question no. 4, "No" as to every defendant, sign and return the verdict. If you have answered questions 1-3 and answered question no. 4, "Yes" as to any defendant, for each such defendant answer question no. 5.

**Question No. 5 - Punitive Damages**

As to each defendant deputy whom you have found the conduct to be malicious, oppressive, or in reckless disregard of plaintiff's rights, what amount, if any, do you award in punitive damages for plaintiff Drake Jones?

| Defendant | Amount |
|---|---|
| Defendant Morrissey | $ -0- |
| Defendant Chaussee | $ -0- |
| Defendant Becker | $ -0- |
| Defendant Mrozinski | $ -0- |
| Defendant Conrad | $ -0- |

**JURY FOREPERSON'S SIGNATURE**

_[signature]_                                       3/9/11

Jury Foreperson                                     Date

3