John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104
Amy B. Lindsey-Doyle CSB No.: 242205
Amanda L. Butts, CSB No.: 253651
**LONGYEAR, O'DEA & LAVRA, LLP**
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants

Stewart Katz, CSB No. 127425
Guy Danilowitz, CSB No. 257733
**LAW OFFICE OF STEWART KATZ**
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorneys for Plaintiff Drake S. Jones

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DRAKE S. JONES,** | Case No.: 2:09-CV-01025 DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE HEARING DATE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| **COUNTY OF SACRAMENTO;** Sacramento Sheriff's Department Sergeant **DANIEL MORRISSEY (Badge #182),** Sacramento Sheriff's Department Deputy **JUSTIN CHAUSSEE (Badge #276);** Sacramento Sheriff's Department Deputy **KEN BECKER (Badge #931);** Sacramento Sheriff's Department Deputy **CHRISTOPHER MROZINSKI (Badge #945);** Sacramento Sheriff's Department Deputy **CHRIS CONRAD (Badge # 1202),** | L.R. 143 <br><br> Date: May 20, 2011 <br> Time: 10:00 a.m. <br> Ctrm: 27 <br> Judge: Hon. Dale A. Drozd |
| Defendants. | |

    THE PARTIES HERETO, by and through their respective counsel, stipulate to continue the hearing date on Plaintiff's Motion for Attorneys' Fees to be heard at the same time as Defendants' Renewed Motion for Judgment as a Matter of Law on May 20, 2011, at 10:00 a.m.,

---
**Stipulation And Order To Continue The Hearing Date For Plaintiff's Motion For Attorneys' Fees**
**Page 1**

in Courtroom 27 at the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814. Plaintiff's Motion for Attorneys' Fees was previously scheduled to be heard on May 6, 2011, at 10:00 a.m.

IT IS SO STIPULATED.

Dated:   April 11, 2011                                          LONGYEAR, O'DEA & LAVRA, LLP

                                                By:   /s/ John A. Lavra
                                                      JOHN A. LAVRA
                                                      JERI L. PAPPONE
                                                      AMY B. LINDSEY-DOYLE
                                                      AMANDA L. BUTTS
                                                      *Attorneys for Defendants*

Dated:   April 12, 2011                                          LAW OFFICES OF STEWART KATZ

                                                By:   /s/ Stewart Katz
                                                      STEWART KATZ
                                                      GUY DANILOWITZ
                                                      *Attorneys for Plaintiff*

## ORDER

Based on the foregoing Stipulation, Plaintiff's Motion For Attorneys' Fees will be heard on May 20, 2011, at 10:00 a.m., in Courtroom 27 at the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814.

IT IS SO ORDERED.

**Date: 4/15/2011**

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\jones1025.stipord.hrgdate

---

**Stipulation And Order To Continue The Hearing Date For Plaintiff's Motion For Attorneys' Fees**
**Page 2**