1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Amanda L. Butts, CSB No.: 253651
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorneys for Defendants

6  Stewart Katz, CSB No. 127425
   Guy Danilowitz, CSB No. 257733
7  LAW OFFICE OF STEWART KATZ
   555 University Avenue, Suite 270
8  Sacramento, CA 95825
   Telephone: (916) 444-5678
9  Facsimile: (916) 444-3364

10 Attorneys for Plaintiff Drake S. Jones

11              **UNITED STATES DISTRICT COURT**

12     **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

13

14 **DRAKE S. JONES,**                    )   **Case No.: 2:09-CV-01025-DAD**
                                          )
15              **Plaintiff,**            )
                                          )
16     **vs.**                            )   **AMENDED JUDGMENT AND ORDER**
                                          )   **DIRECTING PAYMENT**
17 **COUNTY OF SACRAMENTO;**              )
   **Sacramento Sheriff's Department Sergeant** )
18 **DANIEL MORRISSEY (Badge #182),**     )
   **Sacramento Sheriff's Department Deputy** )
19 **JUSTIN CHAUSSEE (Badge #276);**      )
   **Sacramento Sheriff's Department Deputy** )
20 **KEN BECKER (Badge #931); Sacramento** )
   **Sheriff's Department Deputy**        )
21 **CHRISTOPHER MROZINSKI (Badge**       )
   **#945); Sacramento Sheriff's Department** )
22 **Deputy CHRIS CONRAD (Badge # 1202),** )
                                          )
23              **Defendant**            )
                                          )
24 _____

25          Pursuant to the parties' stipulation for amendment of judgment and order

26 directing payment (Doc. No. 198), IT IS ORDERED AND ADJUDGED, as follows:

27

28

---

**AMENDED JUDGMENT AND ORDER DIRECTING PAYMENT THEREOF**
**Page 1**

1          The judgment entered upon the jury verdict by this court on March 10, 2011 is

2    hereby amended to include an award of attorneys' fees and costs in the amount of Three Hundred

3    Thirty One Thousand Two Hundred Twenty Five dollars and twelve cents ($331,225.12) payable

4    to the Law Office of Stewart Katz, which when paid shall constitute full and final satisfaction of

5    the judgment for expenses, fees and costs.

6    Dated:  December 28, 2011

7

8    _____

9    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13   DDAD1\orders.consent
     jones1025.stipord.attyfees.docx

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28