LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. Butts, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **DRAKE S. JONES,**                       Plaintiff,            vs.            **COUNTY OF SACRAMENTO; Sacramento Sheriff's Department Sergeant DANIEL MORRISSEY (Badge #182), Sacramento Sheriff's Department Deputy JUSTIN CHAUSSEE (Badge #276); Sacramento Sheriff's Department Deputy KEN BECKER (Badge #931); Sacramento Sheriff's Department Deputy CHRISTOPHER MROZINSKI (Badge #945); Sacramento Sheriff's Department Deputy CHRIS CONRAD (Badge # 1202),**                       **Defendants** | Case No.: 2:09-CV-01025-DAD   **ORDER** |

   The Defendants' motion for order directing payment of judgment proceeds came on for hearing on February 2, 2012 before the Honorable U.S. Magistrate Judge Dale A. Drozd.  John Lavra appeared on behalf of Defendants.  Stewart Katz appeared on behalf of Plaintiff Drake Jones.  Attorney Larry Blunt, representing judgment creditor Cullicini Family Trust was present in court and also addressed the court.

   At that time, GOOD CAUSE APPEARING, Defendants motion was granted.  It is ordered that Defendants are authorized to issue payment in the amount of Thirty One Thousand dollars

1  ($31,000.00), payable to the Cullicini Family Trust in order to satisfy fully the judgment for monetary
2  damages entered by the court upon the jury verdict. Upon proof of payment, defendants will be
3  entitled to a full satisfaction of the judgment entered upon the jury verdict in this case.

4  Dated: February 15, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.consent

jones1025.orderdirectingpayment.docx