1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Jeri L. Pappone, CSB No.: 210104
   Amy B. Lindsey-Doyle CSB No.: 242205
3  3620 American River Drive, Suite 230
   Sacramento, CA 95864
4  Phone: 916-974-8500
   Facsimile: 916-974-8510
5
   Attorneys for Defendants
6

7                    UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

9  DRAKE S. JONES,                        )
           Plaintiff,                     )
10                                        )   Case No.: 2:09-CV-01025-DAD
      vs.                                 )
11                                        )
   COUNTY OF SACRAMENTO;                  )
12 Sacramento Sheriff's Department Sergeant )
   DANIEL MORRISSEY (Badge #182),         )
13 Sacramento Sheriff's Department Deputy )
   JUSTIN CHAUSSEE (Badge #276);          )
14 Sacramento Sheriff's Department Deputy )   ORDER
   KEN BECKER (Badge #931); Sacramento    )   OF SATISFACTION OF JUDGMENT
15 Sheriff's Department Deputy            )
   CHRISTOPHER MROZINSKI (Badge           )   FRCP 60(b)(5)
16 #945); Sacramento Sheriff's Department )
   Deputy CHRIS CONRAD (Badge # 1202),    )
17                                        )
           Defendants                     )
18 _____)

19      THIS MATTER having come on for hearing before this Court on July 20, 2012, pursuant

20 to Defendants' Motion for Order of Satisfaction of Judgment, and Plaintiff having no opposition

21 to said motion; That based upon the evidence submitted by Defendants, and pursuant to FRCP

22 60(b)(5): IT IS HEREBY ORDERED that Defendants' motion is granted and the judgment in

23 this case has been satisfied.
        Dated: July 25, 2012
24

25                                              _____
                                                DALE A. DROZD
26                                              UNITED STATES MAGISTRATE JUDGE

27 Ddad1\orders.consent\jones1025.satisfaction.judgment.ord.docx

28
_____
                        ORDER OF SATISFACTION OF JUDGMENT

                                    Page 1